**Order entered October 13, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00988-CV

### IVERY CLARK WILLIAMS, Appellant

### V.

### JOHNNY R. JOHNSON, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-21-00490-A**

## ORDER

Before the Court is appellant's October 12, 2022 motion for records. We **GRANT** the motion **to the extent** that we forward a copy of this motion to John Warren, Dallas County Clerk, and Cathye Moreno, Official Court Reporter for County Court at Law No. 1. The clerk's and reporter's record are due on December 15.

Also before the Court is what appears to be appellant's brief filed on October 12, 2022. Appellant's brief will be due thirty days after the record is

complete.  *See id*. 38.6(a).  Accordingly, no action will be taken on the relief requested therein.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren; Ms. Moreno; and, all parties.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE